UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20434-CIV-SEITZ/TURNOFF

MARIE C. MIOT,

        Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.,

        Defendant.
_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

THIS MATTER is before the Court on the Mediator's Report [DE-25] indicating that this matter has been settled. Upon consideration, it is hereby

ORDERED that

(1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **October 3, 2016.** Failure to comply with this Order may result in the final dismissal of this case.

(2) All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this  13th  day of September, 2016.

                                                        PATRICIA A. SEITZ
                                                        UNITED STATES DISTRICT JUDGE

cc:    All counsel of record